## A. H. DARNELL v. THE STATE.

### No. 1787. Decided May 22, 1912.

**1.—Bail Bond—Transcript—Filing too Late.**

Where the final judgment on a forfeited bail bond was rendered September 18, 1911, and the record was not filed in the Appellate Court until February 17, 1912, the appeal is dismissed on motion of the State because th⌐ transcript was filed too late.

**2.—Same—Practice on Appeal.**

Appeals to the Court of Criminal Appeals in such cases are regulated and governed by appeals in civil cases.

Appeal from the District Court of Taylor. Tried below before the Hon. Thomas L. Blanton.

Appeal from forfeited bail bond; judgment final for $500.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, JUDGE.—This appeal is from the final judgment on a forfeited bail bond. The term of the court at which the judgment was rendered convened on August 28 and adjourned October 14, 1911. The judgment was rendered September 18, 1911. The appeal bond was filed November 3, 1911. The record was not filed in this court until February 17, 1912. The Assistant Attorney-General insists that the appeal shall be dismissed because the record was filed here too late.

Appeals to this court in such cases are regulated and governed by appeals in civil cases. The State's contention is, therefore, correct

and this cause must be dismissed. Hollenbeck v. State, 40 Texas Crim. Rep., 584; Carleton v. State, 68 S. W., 511.

Appeal dismissed.

*Dismissed.*